ZANFRETTI v. KENEBEL.

(Supreme Court, Appellate Term. March 24, 1899.)

APPEAL—REVIEW—FINDINGS.

A finding on directly conflicting evidence will not be disturbed.

Appeal from municipal court, borough of Manhattan, First district.

Action by Alex Zanfretti against Frank Kenebel. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Gilbert W. Minor, for appellant.
William E. Cook, for respondent.

LEVENTRITT, J. There is no question of law involved in this appeal. The appellant invokes a substitution of our judgment for that of the trial justice respecting the weight of evidence. The plaintiff's claim was established by convincing proof. To the extent that the defendant presented satisfactory evidence of his counterclaim, it was allowed, and the plaintiff's recovery correspondingly reduced. The record disclosed only positive assertion, emphatic denial, and direct contradiction. In that situation, we cannot interfere, as the disposition of the issues was eminently just. Judgment must be affirmed.

Judgment affirmed, with costs to the respondent. All concur.